UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MICHEL SMITH )
        Plaintiff, )
         )
v. ) **JUDGMENT**
         )
         ) No. 7:19-CV-101-FL
ANDREW SAUL, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees and defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 24, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $8,600.00 plus reimbursement of $400.00 for the filing fee.

**This Judgment Filed and Entered on September 24, 2020, and Copies To:**
George C. Piemonte   (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

September 24, 2020        PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk